RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
MONIQUE KIRTLEY
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Monique_Kirtley@fd.org

Attorney for Zachary Thomas Shear

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ZACHARY THOMAS SHEAR,<br><br>Defendant. | Case Nos.<br><br>2:13-cr-00150-JCM-VCF<br>2:17-cr-0024-APG-NJK<br><br>**UNOPPOSED MOTION TO CONSOLIDATE REVOCATION HEARINGS FOR THE LIMITED PURPOSES OF SUPERVISED RELEASE HEARING AND SENTENCING**<br><br>(First Request) |

  Defendant, Zachary Thomas Shear, by and through his attorney of record, hereby files this Unopposed Motion to Consolidate the Revocation Hearings in case number 2:13-cr-0150-JCM-VCF and case number 2:17-cr-024-APG-NJK for adjudication of the Petitions for Warrant for Offender Under Supervision and concurrent service of any sentence imposed. Counsel have conferred. The United States does not oppose this motion.

/ / /

The revocation proceedings in both matters are based on substantially similar conditions of supervision and allegations of violations. Consolidation of the revocation proceedings in these matters and imposition a concurrent sentence would serve the interest of justice, conserve government resources and avoid redundant presentation of matters in separate hearings. Defendant Shear requests that the matter be heard in case number 2:17-cr-0024-APG-NJK, currently scheduled for revocation hearing on August 10, 2018.

DATED this 9th day of August, 2018.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | DAYLE ELIESON<br>United States Attorney |
| */s/ Monique Kirtley*<br>By_____<br>MONIQUE KIRTLEY<br>Assistant Federal Public Defender | */s/ Daniel J. Cowhig*<br>By_____<br>DANIEL J. COWHIG<br>Assistant United States Attorney |

IT IS SO ORDERED this August __10th__, 2018

_____
UNITED STATES DISTRICT COURT JUDGE